MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0324 JSW |
|     Plaintiff, | |
|   v. | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |
| VINCENT LEE, | |
|     Defendant. | |

With the agreement of the parties in open court on May 10, 2012 and with the consent of the defendant Vincent Lee ("defendant"), the Court enters this order 1) ordering the next appearance in front of the Honorable Jeffrey S. White on May 31, 2012 at 2:00 p.m. for an initial appearance, and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 10, 2012 to May 31, 2012. The parties agree, and the Court finds and holds, as follows:

///

///

///

[~~PROPOSED~~] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 12-0324 JSW]

1. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, excluding time until May 31, 2012 is necessary for effective preparation of counsel and for continuity of counsel. See 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). The government recently indicted this case and will be providing discovery to the defense. The defense will need adequate time to review the discovery. Accordingly, the Court finds that the ends of justice served by excluding the period from May 10, 2012 to May 31, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A) & (B)(iv).

2. Accordingly, and with the consent of the defendant, the Court orders that 1) defendant shall make his next appearance in front of the Honorable Jeffrey S. White on May 31, 2012 at 2:00 p.m. for initial appearance; and 2) the period from May 10, 2012 to May 31, 2012 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/16/12           /s/
                         Edwin Prather, Esq.
                         Attorney for Vincent Lee

DATED: 5/16/12           /s/
                         Stacey P. Geis
                         Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 5/17/12           _____
                         The Honorable Joseph C. Spero
                         United States Magistrate Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 12-0324 JSW]        -2-